# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2021

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Morales, Stephan James | Docket No. | 0980 1:21CR06038-SAB-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW, David L. McCary, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Stephan James Morales, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 4th day of November 2021, and the 23rd of November under the following conditions:

**Special Condition 11:** Defendant may not return to the home at which he was arrested in the instant matter.

**Special Condition 5:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange, in any form and at any time, any and all diagnostic information, treatment recommendation information, or compliance reports, or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: The defendant is considered to be in violation of his conditions of pretrial supervision by returning to the home he was arrested at in the instant matter on or before December 4, 2021.

On November 24, 2021, the defendant signed his amended conditions of pretrial supervision indicating he understood he was not to return to the home he was arrested at in the instant matter (                     Kennewick, Washington).

On December 4, 2021, the defendant returned to the home. The defendant stated he drove his girlfriend to the home so she could get some personal items while he waited in his vehicle.

**Violation#2**: The defendant is considered to be in violation of his conditions of pretrial supervision by failing to report for chemical dependency treatment on December 7, 2021.

On November 8, 2021, the defendant signed his conditions of pretrial supervision indicating he understood he was to complete a chemical dependency assessment and comply with the recommendation.

On December 7, 2021, the defendant failed to report for his required treatment session. The defendant was contacted on December 8, 2021, and he stated he did not realize he had a session to attend.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

PS-8

Re: Morales,, Stephan James
December 9, 2021
Page 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 9, 2021

by s/David L. McCary

David L. McCary

U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

12/9/2021

Date