FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN JAMES MORALES,<br><br>Defendant. | No. 4:21-CR-06038-SAB-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br>**MOTIONS GRANTED**<br>**(ECF Nos. 111 and 112)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Pre-Trial Release and Motion to Expedite, **ECF Nos. 111 and 112**. Defendant recites in his motion that U.S. Probation and the United have no objections to the motion.

Specifically, Defendant requests permission to travel to his cousin's wedding in Cusick, Washington on May 21, 2022, returning home May 22, 2022.

The Court finding good cause, **IT IS ORDERED** Defendant's Unopposed Motion to Modify Conditions of Pretrial Release and Motion to Expedite, **ECF Nos. 111 and 112,** are **GRANTED**. Defendant is permitted to travel on May 21, 2022, to attend his cousin's wedding at 5:00 p.m., spend the night, and then return home on May 22, 2022, no later than 10:00 p.m.

ORDER - 1

Defendant shall strictly comply with the release plan set forth in Defendant's Motion, **ECF No. 111**, which is incorporated herein by reference.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.  **In particular, Defendant is reminded that he is required to abstain totally from the use of alcohol and remains subject to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office, meaning Defendant should assume such testing is extremely likely to occur immediately upon his return on May 22, 2022.**  *See* ECF No. 75 (Special Conditions of Release No. 6 and No. 7).

**IT IS SO ORDERED.**

DATED May 18, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2