PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2022

SEAN F. McAVOY, CLERK

## United States District Court

### Eastern District of Washington

United States of America        )
                vs                           )
                                              )
Stephan James Morales           )        Case No. 4:21-CR-06038-2

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Stephan James Morales, have discussed with Daniel Manning, Pretrial Services/Probation Officer, modification of my release as follows:

Removal of Special Condition number 9: GPS Location Monitoring: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times a GPS device under the supervision of United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall immediately notify the Court. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

Removal of Special Condition number 10: Curfew: Defendant shall be restricted to Defendant's approved residence every day from 9:00 PM to 6:00 AM unless given permission by the United States Probation/Pretrial Services Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/4/2022     _____  10/4/2022
Signature of Defendant       Date         Pretrial Services/Probation Officer   Date

Stephan James Morales                     Daniel Manning

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  10/4/22
Signature of Defense Counsel   Date

Ricardo Hernandez

[X]   The above modification of conditions of release is ordered, to be effective on  October 5, 2022.

[ ]   The above modification of conditions of release is not ordered.

_____              October 5, 2022
Signature of Judicial Officer              Date

Alexander C. Ekstrom