# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Morales, Stephan James | Docket No. | 0980 4:21CR06038-SAB-2 |

## Petition for Action on Conditions of Pretrial Release

COMES NOW Maria Balles, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Stephan James Morales, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 4th day and 23rd day of November 2023, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 24, 2021, Mr. Morales met with the pretrial officer and signed a copy of the release conditions indicating he understood the conditions and received a copy of them, which included standard condition number 9.

**Violation #1:** Stephan Morales violated the conditions of his release by testing positive for the use of cocaine on or prior to September 13, 2023.

On September 13, 2023, Mr. Morales reported to the pretrial office as directed to provide a urine sample for testing. Mr. Morales admitted to the undersigned officer that he ingested cocaine over the weekend. A urine sample was obtained and forwarded to the national laboratory, Abbott, after the sample returned a presumptive positive testing for cocaine. In response to his positive cocaine use, Mr. Morales was placed on Merit Resource Services' random urinalysis colorline to monitor his compliance with abstaining of drug use and was directed to be re-evaluated.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:    11/22/2023 |
| by | s/Maria Balles |
| | Maria Balles<br>U.S. Pretrial Services Officer |

PS-8

Re: Morales, Stephan James
November 22, 2023
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

November 22, 2023
Date