AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Stephan James Morales | ) Case No. 4:21CR06038-SAB-2 | |
| *Defendant* | ) | |

RECEIVED
UNITED STATES MARSHAL
2025 JUN -9 PM 3:39
EASTERN WASHINGTON
SPOKANE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jun 11, 2025
SEAN F. McAVOY, CLERK

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Stephan James Morales _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☒ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See Petition and Order filed 6/9/2025

Date: Jun 09, 2025, 3:29 pm

*Issuing officer's signature*

City and state:   Richland, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 6/9/25, and the person was arrested on *(date)* 6/10/25
at *(city and state)* Richland, WA       Arrested within the E/WA
                                          By: USMS
                                              *(Agency)*
Date: 6/10/25                             Executed On: 6/10/25
                                          Sign: Reagan L. Schrader, USMS
                                          *Arresting officer's signature*
                                          *Printed name and title*