UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2025

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Morales, Stephan James | Docket No. | 0980 4:21CR06038-SAB-2 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Ashleigh Miller, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Stephan James Morales, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 4th day and 23rd day of November 2021, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local (including tribal) law. Defendant shall advise Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal law enforcement agency unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Special Condition #1:** Defendant shall remain in the Eastern District of Washington unless given permission by the United States Probation/Pretrial Services Office.

**Special Condition #6:** Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 24, 2021, Mr. Morales met with the pretrial services officer and signed a copy of the release conditions memorializing his understanding of the conditions to which he was subject, and he was provided a copy to retain for his reference.

**Violation #1:** Stephan James Morales violated the conditions of his release by allegedly committing the offenses of hit and run with injury, a felony; reckless driving; and driving under the influence of alcohol in Umatilla County, Oregon, on or about June 8, 2025.

**Violation #2:** Stephan James Morales violated the conditions of his release by leaving the Eastern District of Washington on or about June 8, 2025, without prior permission from the probation officer.

**Violation #3:** Stephan James Morales violated the conditions of his release by consuming alcohol on or about June 8, 2025.

Violations 1, 2, and 3 preface, combined for brevity:

On June 8, 2025, the probation officer received a phone call from the Umatilla Police Department in Umatilla, Oregon, indicating Mr. Morales had been arrested for the aforementioned offenses. Officer Nicholas Lemmon advised Mr. Morales was the driver of a vehicle that fled from law enforcement, eventually came to a stop after striking a median, and flipping over. Mr. Morales then fled on foot.

In the vehicle at the time off the accident was Mr. Morales, a friend, his mother, and his 2-year-old daughter. Mr. Morales' daughter and mother were taken to the local hospital following the accident. Mr. Morales was later apprehended. Officer Lemmon informed this officer that Mr. Morales appeared to be heavily intoxicated and was placed under arrest.

Mr. Morales is currently in the custody of the Umatilla County Sheriff's Office in Pendleton, Oregon, awaiting his initial court appearance. A copy of the official report from Officer Lemmon was requested but has yet to be received as of this writing.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 9, 2025

by s/Ashleigh Miller

Ashleigh Miller
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/9/2025

Date